NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1353

AUCTION MANAGEMENT SOLUTIONS, INC.,

Plaintiff/Counterclaim Defendant,
Appellant,

and

BIDSOFT, LLC,

Counterclaim Defendant,

v.

MANHEIM AUCTIONS, INC.,

Defendant/Counterclaimant-
Appellee,

and

MANHEIM SERVICES CORPORATION,

Counterclaimant-Appellee.

Appeal from the United States District Court for the Northern District of Georgia in case no. 1:05-CV-0639, Judge Richard W. Story.

ON MOTION

## O R D E R

Upon consideration of the joint motion to dismiss this appeal for lack of jurisdiction, due to an unresolved counterclaim at the district court,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

AUG 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Donald R. Dunner, Esq.
        George F. Pappas, Esq.

s8

ISSUED AS A MANDATE:     AUG 1 0 2009
                         _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2009

JAN HORBALY
CLERK